# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNY LOWERY, | ) |
|       Plaintiff, | ) |
| v. | )    Case No. 22-CV-0488-CVE-JFJ |
| HEALTH AT HOME BARTLESVILLE, LLC | ) |
|       Defendant. | ) |

## JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an Order (Dkt. # 25) dismissing plaintiff's case for failure to prosecute has been entered. A judgment of dismissal of plaintiff's claims is hereby entered.

**DATED** this 5th day of January, 2023.

*[signature]*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE